IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHERYL J. ALLEN,<br><br>Plaintiff,<br>v.<br><br>JOSEPH SWEENEY et al,<br><br>Defendants. | CIVIL ACTION<br><br>NO. 11-5602 |

## ORDER

**AND NOW**, this ___ of November, 2012, upon consideration of Defendants Allen, Deloach, Pek-Lilly, Alyakoub, and Seelal's Motion to Dismiss Plaintiff's First Amended Complaint (Doc. 20); Plaintiff's Response in Opposition thereto (Doc. 22); Defendant Commonwealth of Pennsylvania's Motion to Dismiss (Doc. 21); Defendants Faulkner and Granziani's Motion to Dismiss (Doc. 32); Defendant Pennsylvania Office of Inspector General's Motion to Dismiss (Doc. 33); Defendant Byerly's Motion to Dismiss (Doc. 34); and Defendant Bureau of Commonwealth Payroll Operations' Motion to Dismiss (Doc. 35), **IT IS HEREBY ORDERED AND DECREED** as follows:

- Defendants Allen, Deloach, Pek-Lilly, Alyakoub, and Seelal's Motion to Dismiss (Doc. 20) is **GRANTED**;

- Defendant Commonwealth of Pennsylvania's Motion to Dismiss (Doc. 21) is **GRANTED**;

- Defendants Faulkner and Granziani's Motion to Dismiss (Doc. 32) is **GRANTED**;

- Defendant Pennsylvania Office of Inspector General's Motion to Dismiss (Doc. 33) is **GRANTED**;

- Defendant Byerly's Motion to Dismiss (Doc. 34) is **GRANTED**; and

- Defendant Bureau of Commonwealth Payroll Operations' Motion to Dismiss (Doc. 35) is **GRANTED**.[1]

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark the above-captioned matter **CLOSED** for statistical purposes.

**BY THE COURT:**

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order accompanies a Memorandum Opinion issued by the Court on November ____, 2012.